**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:22-cv-21234

CARLOS BRITO,

     Plaintiff,

v.

ADIOS 2. LLC D/B/A OFFICES SUITES
TWO OF BIRD ROAD

     Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, ADIOS 2. LLC D/B/A OFFICES SUITES

TWO OF BIRD ROAD, hereby advise the Court that the parties have reached an agreement in

principle to settle the instant case pending execution of a Settlement Agreement. The Parties will

file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed,

which they reasonably expect to do no later than twenty (20) days from the date of this Notice.

Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and

deadlines in this case as to this Defendant.

Respectfully submitted this September 1, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Ryan H. Lehrer*
RYAN H. LEHRER
Florida Bar No.  0084423
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-7500
Email:   RHL@trippscott.com
*Counsel for Defendant Adios 2. LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 1, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ

2