**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-21234

CARLOS BRITO,

     Plaintiff,

v.

ADIOS 2. LLC D/B/A OFFICES SUITES
TWO OF BIRD ROAD

     Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, ADIOS 2. LLC D/B/A OFFICES SUITES TWO OF BIRD ROAD ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 20, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Ryan H. Lehrer* |
| ANTHONY J. PEREZ | RYAN H. LEHRER |
| Florida Bar No. 535451 | Florida Bar No. 0084423 |
| GARCIA-MENOCAL & PEREZ, P.L. | TRIPP SCOTT, P.A. |
| 4937 S.W. 74th Court | 110 S.E. 6th Street, 15th Floor |
| Miami, FL 33155 | Ft. Lauderdale, FL 33301 |
| Telephone: (305) 553- 3464 | Telephone: (954) 525-7500 |
| Email:  ajperez@lawgmp.com | Email:   RHL@trippscott.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Adios 2. LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 20, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com


By: ___*/s/  Anthony J. Perez*_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451